Date: 12/08/09           DIVIDENDS REMITTED TO THE COURT     #149516        Page:

Case Number 07-18673 - COUP, KAREN A

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Sage Telecom, Inc.<br>805 Central Expressway South, #100<br>Allen, TX 75013<br>  (7-1) Invoice sent with Proof of<br>  Claim Form<br>  ACCOUNT NO. 18288081005 | 000007 | 64.22 | 4.72 |
| ---------- Remittance Total ---------- | | 64.22 | 4.72 |

\#12\
\*12\

_____
RICHARD A. BAUMGART, Trustee

COURT1        Printed: 12/08/09 11:21 AM    Ver: 15.02